IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL GARCIA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                     Plaintiff,<br>v.<br><br>ROTI RESTAURANTS LLC,<br><br>                     Defendant. | Case No.: 18-cv-9820<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: July 9, 2020

                                                Respectfully submitted,

                                                **LEE LITIGATION GROUP, PLLC**

                        By:    */s/ C.K. Lee*
                                C.K. Lee, Esq.
                                Anne Seelig, Esq.
                                148 West 24th Street, Eighth Floor
                                New York, NY 10011
                                Tel.: 212-465-1188
                                *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*